

**PAM BONDI**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Medicaid Fraud Control Unit

Gretchen H. Wallace
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300    Fax (850) 487-9175
http://www.myfloridalegal.com

June 6, 2011

**VIA FACSIMILE TRANSMISSION (267) 299-5076**

The Honorable Legrome D. Davis
District Judge of the United States District Court
of the Eastern District of Pennsylvania
6614 United States Courthouse
601 Market Street
Pennsylvania, PA 19106

**FILED**
JUN 15 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re:  United States of America, et al., ex rel. Jeremy Garrity v.
     Novartis Pharmaceuticals Corporation,
     Civil Action No. 08-2588 (E.D. Pa.)

Dear Judge Davis:

We are in receipt of your Order of May 27, 2011, in the above-captioned case, requesting that "On or before Friday, June 17, 2011, Relator and Florida shall each either file a written statement waiving their respective rights to the hearing guaranteed by Fla. Stat. §68.084 (b), or request a hearing with this court for settlement approval purposes."

This file has been closed in our office. The Florida Attorney General's office executed a Settlement Agreement in this case on December 8, 2010. The funds have been received and disbursed. Therefore, we waive our rights to any fairness hearing pursuant to §68.084 (b), Fla. Stat.

Please advise us if you require a formal motion or statement to be filed with the Court, which would necessitate a *pro hac vice* motion by this office.

Sincerely,

Gretchen N. Wallace

Gretchen H. Wallace
Senior Assistant Attorney General

GAW/tt

cc:  Counsel for Relator, Marcella Auerbach